UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SION LEON TEMPLE,<br><br>      Plaintiff,<br><br>    v.<br><br>C. GOLDEN, et al.,<br><br>      Defendants. | Case No. 21-cv-01302-SK<br><br>**CONDITIONAL DISMISSAL**<br><br>Regarding Docket No. 32 |

The parties inform the Court that they have reached a settlement of this matter and anticipate filing for dismissal within ninety days. (Dkt. 32.) All parties have consented to the jurisdiction of a magistrate judge pursuant to 28 U.S.C. § 636. (Dkts. 8, 25.) Accordingly, the Court HEREBY ORDERS that the case management conference currently set for April 4, 2022, is VACATED. **IT IS FURTHER ORDERED** that this cause of action is dismissed **without** prejudice; provided, however that if any party hereto shall certify to this Court, within ninety days, with proof of service thereof, that the agreed consideration for said settlement has not been delivered over, the foregoing order shall stand vacated and this cause shall forthwith be restored to the calendar to be set for trial. If no certification is filed, after passage of ninety days, the dismissal shall be **with** prejudice.

**IT IS SO ORDERED**.

Dated: March 28, 2022

_Sallie Kim_
SALLIE KIM
United States Magistrate Judge